EDWARD W. COON, Respondent, v. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

EVA FREIHEIT and Others, Appellants, v. FANNIE M. LOWE and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

HERMAN PRONOTH, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 17323.) — Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

CARMEN HOLTON, Respondent, v. CLARE J. MCFALL, Appellant, Impleaded with S. WILBUR CASE and Another, Defendants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JOHN F. KNOX, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

HARRY BERGER, Respondent, v. PHŒNIX BRIDGE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

REBECCA BERGER, Respondent, v. PHŒNIX BRIDGE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

CATHERINE ADAMS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order dismissing appeal vacated. Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

UNITED PAPERBOARD COMPANY, Appellant, v. IROQUOIS PULP AND PAPER COMPANY, Respondent.— Motion granted to amend order granting leave to appeal, so as to include one additional question to be reviewed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE CITY OF BUFFALO, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

LEONORA BERNARDO, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of the Judicial Settlement of the Accounts of WILLIAM W. ARMSTRONG, as One of the Administrators with the Will Annexed of FREDERICK H. HARTLEBEN, Deceased.— Appeal dismissed, without costs, and surety on undertaking discharged, pursuant to stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WILLIAM W. MEISSNER and Another, Doing Business as NASH-GENESEE MOTOR COMPANY, Appellants, v. JACOB LIPSITZ, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.